# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2021 KW 1392

VERSUS

DONALD G. CROCHET                              **DECEMBER 30, 2021**

---

In Re:     Donald G. Crochet, applying for supervisory writs, 17th Judicial District Court, Parish of Lafourche, No. 33029.

---

**BEFORE:    WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

   **WRIT DENIED.** This court is limited to review of lower court rulings or the failure of the lower court to act on a properly filed pleading. The claims presented in the writ application are in the nature of a request for postconviction relief, yet relator failed to include a copy of an application for postconviction relief, the State's answer, and the district court's ruling thereon. Before seeking review with this court, relator should first seek relief in the district court, and he must use the uniform application for postconviction relief approved by the Louisiana Supreme Court. See La. Code Crim. P. art. 926(D). In the event relator receives an adverse ruling in the district court and elects to file a new writ application, relator does not have to refile the trial transcript with this court.

**VGW**
**AHP**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT